927 N.E.2d 74 (2010)
In re APRIL S., a Minor (People State of Illinois, petitioner, v. April S., etc., respondent).
No. 108420.
Supreme Court of Illinois.
May 26, 2010.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in In re April S., case No. 1-07-1712 (03/20/09). The appellate court is directed to reconsider its judgment in light of In re Denzel W., Nos. 107003, 107112 cons., 2010 WL 967786, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (opinion filed 03/18/10), to determine if a different result is warranted.